## MORROW *v.* THE STATE.

This case being for decision by a full bench, and the six Justices being evenly divided in opinion, the judgment of the court below stands affirmed by operation of law.

Submitted November 16, — Decided November 28, 1903.

Indictment for rape. Before Judge Harris. Coweta superior court. October 5, 1903.

*W. L. Stallings*, for plaintiff in error.
*T. A. Atkinson, solicitor-general*, contra.